UNITED STATES of America, Plaintiff–Appellee,

v.

Juan Carlos TORRES–PADILLA, Defendant–Appellant.

No. 11–15700
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 20, 2012.

Yvette Rhodes, Anita M. Cream, Robert E. O'Neill, Kathy Peluso, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

270

Joseph Torres, Law Office of Joseph Torres, Oviedo, FL, for Defendant–Appellant.

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Joseph Torres, appointed counsel for Juan Carlos Torres–Padilla, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Torres–Padilla's conviction and sentence are **AFFIRMED.**